IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY SENKOWSKI
Reg. #21104-045                                                                                              PLAINTIFF

v.                                       4:21-cv-00576-JM-JJV

UNITED STATES OF AMERICA                                                                         DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 1) is DISMISSED WITH PREJUDICE.

2. Dismissal of this action is a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 17th day of August 2021.

_____
UNITED STATES DISTRICT JUDGE