IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY SENKOWSKI
Reg. #21104-045                                                                                            PLAINTIFF

v.                                         4:21-cv-00576-JM-JJV

UNITED STATES OF AMERICA                                                                       DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITH PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 17th day of August 2021.

_____
UNITED STATES DISTRICT JUDGE